IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARK SANDERS,

      Petitioner,

v.

ROBERT WERLINGER,

      Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-801-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying the petition of Mark Sanders for a writ of habeas corpus under 28 U.S.C. § 2241 for his failure to show that his petition satisfies the standard under 28 U.S.C. § 2255(e).

By: *(signature)* Deputy Clerk        1-8-2013

    Peter Oppeneer, Clerk of Court           Date