## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

MARK SANDERS,

     Petitioner,

JUDGMENT IN A CIVIL CASE

v.

Case No. 12-cv-801-bbc

ROBERT WERLINGER,

     Respondent.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered denying the petition of Mark Sanders for a writ of habeas corpus under 28 U.S.C. § 2241 for his failure to show that his petition satisfies the standard under 28 U.S.C. § 2255(e).

By: _Peter Oppeneer, Clerk of Court_      1-8-2013

Peter Oppeneer, Clerk of Court         Date